IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs <br><br> 1) JULIO L. DE JESUS-GOMEZ, a/k/a "Julio Torta," "Julito," "July" <br><br> 2) TANIA DE JESUS-GOMEZ <br><br> 3) JULIA GOMEZ-CALCAÑO <br><br> 4) JOSE SANTIAGO-GOMEZ, a/k/a "Joseito," "Joselito," "El Don" <br><br> 5) EDWIN MONGE-PEÑA, a/k/a "Viejo" <br><br> 6) EMMANUEL MOYANO-RODRIGUEZ, a/k/a "Memo" <br><br> 7) ALEX GOMEZ-RAMOS, a/k/a "Alex Changuia" <br><br> 8) LUIS A. SUAREZ-RIVERA, a/k/a "Luis El Gordo," "Gordo Chiquita" <br><br> 9) RUBEN MENDOZA-BONANO, a/k/a "Gugu," "Blanco," "El Bori" <br><br> 10) TAHIRI MONTALVO <br><br> 11) ALBERTO MARTINEZ-RODRIGUEZ, a/k/a "Cano" <br><br> 12) CARLOS MARTINEZ-RODRIGUEZ, a/k/a "Carly," "Carlito El Buey/Matador" <br><br> 13) JAVIER MORALES-ANDREU, a/k/a "Gadget," "Galle," "Pedro del Valle-Andino," "El Bori" <br><br> 14) ROBERTO MORALES-RIVERA, a/k/a "Robert Abuela" <br><br> 15) LUIS DANIEL RIVERA-PEREZ, a/k/a "Danny" <br><br> 16) FERNANDO FUERTES-ROBINSON, a/k/a "Broco" <br><br> 17) LUIS ROSS-DE LA CRUZ, a/k/a "Manco" <br><br> 18) JOSE AVILA-JIMENEZ, a/k/a "Cheni" <br><br> 19) JOSE M. PEREZ-LOPEZ, a/k/a "Cleto" <br><br> 20) HECTOR DIAZ-MADERA, a/k/a "Flaquin" | CRIMINAL 12-0192CCC |

CRIMINAL 12-0192CCC                              2

21) PABLO ORTIZ-CALZADA, a/k/a "Pablito," "Changuito," "Pablo El Prieto"

22) LUIS GOMEZ-RAMOS, a/k/a "Luis Moco," "Ely"

23) OMAR CAMACHO-ALMESTICA

24) GILBERTO TRINIDAD-ORTIZ, a/k/a "Gilbert"

25) LUIS RODRIGUEZ-GUZMAN, a/k/a "Chino"

26) CARLOS A. MATTA-PEÑA

27) WALESKA MATTA-CUEVAS, a/k/a "Wally," "Jenifer's Mom"

28) JENIFER LUGO-MATTA

29) MIGUEL VELAZQUEZ-RODRIGUEZ, a/k/a "Migue"

30) BENITO SANTIAGO-DE JESUS

31) ARMANDO GOMEZ-ORTIZ, a/k/a "Armandito"

32) ELIZABETH MEJILL-NEGRON, a/k/a "Liza"

33) ELIZABETH SANTIAGO-DE JESUS

34) SUBRIEL MATHEW-MATIAS

35) ALEX HENRY MATHEW, a/k/a "Memo"

36) ROBERTO C. VEGA-RIVERA, a/k/a "Bobby"

37) ANGEL MARTINEZ-RODRIGUEZ

38) ANDY GARCIA-MATHEW

39) OMAR QUIÑONEZ-GONZALEZ, a/k/a "Castor," "Velador," "Juan Omar"

40) STEVEN BURGOS-CASTRO

41) DOMINGO PEÑA-RIVERA, a/k/a "Bebe"

42) ABNER BELARDO-COLON

43) WALTER COGHEN-TORRES, a/k/a "Wacuco"

44) XAVIER FIGUEROA-ALVIRA, a/k/a "Chavo"

CRIMINAL 12-0192CCC                                      3

45) RUBENCIO JAIME-COX
46) JUAN L. FUENTES-RIVERA,
a/k/a "Juaco," "Hermano"
47) ROSELYN SANTIAGO-DE JESUS
48) ANA C. CARRION-CRUZ, a/k/a "India"
49) YAMIL RIOS-CARRILLO
50) JORGE RIVERA
51) EMILIO MONGE-TORRES, a/k/a "Millo"
**52) JOHN L. RIVERA-CRUZ**
53) JOSE PORFIL, a/k/a "Cheito/Porfil"
Defendants

## ORDER

Having considered the Report and Recommendation filed on November 5, 2013 (**docket entry 937**) on a Rule 11 proceeding of defendant [52] John L. Rivera-Cruz before U.S. Magistrate Judge Camille L. Vélez-Rivé on October 18, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 18, 2013. The **sentencing hearing is set for February 19, 2014 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on December 18, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge